UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO BONETE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WORLD SAVINGS BANK, FSB, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C-15-1218 EMC<br><br>**ORDER TO SHOW CAUSE**<br><br>**(Docket No. 18)** |

　　　　On April 3, 2015, Defendant Wells Fargo Bank, N.A. filed a motion to dismiss on its and its predecessor's behalf. *See* Docket No. 18 (motion). Initially, the motion was set for hearing on May 14, 2015, but the Court subsequently rescheduled the hearing for May 28, 2015. *See* Docket No. 23 (clerk's notice). Since the day that Wells Fargo filed its motion, no written opposition has been filed by Plaintiff Jose Antonio Bonete (proceeding pro se). *See* Civ. L.R. 7-3(a) (providing that an opposition to a motion "must be filed and served not more than 14 days after the motion was filed"). In light of these circumstances, the Court hereby orders as follows.

　　　　(1)　　The hearing on Wells Fargo's motion to dismiss is **VACATED**.

　　　　(2)　　Mr. Bonete is ordered to show cause as to why his case should *not* be dismissed based on his failure to oppose Wells Fargo's motion. In his response to this order to show cause, Mr. Bonete must also address the substantive arguments raised in Wells Fargo's motion. Mr. Bonete's response shall be filed and served within **two weeks of the date of this order**.

**The Court forewarns Mr. Bonete that, if he fails to timely file a response to this order to show cause, in compliance with the directions above, then his complaint will be dismissed and the Clerk of the Court will close the file in this case.**

IT IS SO ORDERED.

Dated: May 12, 2015

_____
EDWARD M. CHEN
United States District Judge