UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO BONETE, | No. C-15-1218 EMC |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| WORLD SAVINGS BANK, FSB, *et al.*, | |
| Defendants. | **(Docket No. 26)** |

Currently pending before the Court is Melissa N. Armstrong's motion to withdraw as counsel for RTS Pacific, Inc. ("RTS"). Ms. Armstrong gave notice of the motion to RTS as well as to the individual to whom RTS appears to have assigned its interests. No opposition to the motion was filed. Having considered both the merits of the motion, as well as the lack of any opposition, the Court hereby **GRANTS** the motion to withdraw.

If she has not already done so, Ms. Armstrong shall promptly provide any and all contact information for RTS and for the assignee.

In addition, Ms. Armstrong shall promptly give notice to RTS and the assignee of the following:

(1) that her motion to withdraw has been granted;

(2) that there is a risk of default and/or default judgment should RTS and/or the assignee fail to make an appearance in this litigation;

(3) that, pursuant to Civil Local Rule 7-9(b), a corporation may appear only through a member of the bar of this Court, and that RTS shall have sixty (60) days to find counsel to make an appearance on its behalf or it risks entry of a default and/or default judgment; and

(4) that the Court has orally granted Defendant Wells Fargo Bank, N.A.'s motion to dismiss and that a written order shall be forthcoming.

Within three days of the date of this order, Ms. Armstrong shall serve a copy of this order on RTS and the assignee and file a proof of service to that effect with the Court.

This order disposes of Docket No. 26.

IT IS SO ORDERED.

Dated: July 6, 2015

_____
EDWARD M. CHEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSE A BONETE,

       Plaintiff,

  v.

WORLD SAVINGS BANK et al,

       Defendant.

Case Number: CV15-01218 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 6, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Antonio Bonete
26888 Boca Raton Ct
Hayward, CA 94545

RTS Pacific, Inc.
616 1st Avenue, Ste 500
Seattle, WA 98104

Michael Moecker, Assignee
7380 Sand Lake Road, Suite 500
PMB 5336
Orlando, FL 32819

Dated: July 6, 2015

*Betty Lee*

Richard W. Wieking, Clerk
By: Betty P. Lee, Deputy Clerk

3